**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 18-6750**

SUNDARI K. PRASAD,

Plaintiff - Appellant,

v.

HAMPTON CIRCUIT COURT, Elizabeth Wichline - Chief Clerk; A. MICHELE
CAVANAUGH; REBECCA A. VAUTER, Director-CEO; T. J. HAULER, Judge,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of Virginia, at
Richmond.  M. Hannah Lauck, District Judge.  (3:17-cv-00204-MHL-RCY)

Submitted:  September 13, 2018                    Decided:  September 18, 2018

Before NIEMEYER and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Sundari K. Prasad, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Sundari K. Prasad appeals the district court's order dismissing her 42 U.S.C. § 1983 (2012) complaint pursuant to 28 U.S.C. §§ 1915(e)(2)(B), 1915A(b)(1) (2012). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Prasad v. Hampton Circuit Court*, No. 3:17-cv-00204-MHL-RCY (E.D. Va. May 31, 2018). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*